UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00006-RJC

| ROBERT FISHER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff's Complaint and Defendant's Consent Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including holding a new administrative hearing. The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Consent Motion for Remand, (DE 12), is **GRANTED**; and

2. Plaintiff's Motion for Summary Judgment, (DE 10), is **DENIED as moot**;

The Clerk is directed to close this case.

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge